IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHARLES LOUIS STONE,** | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-11-389-R |
| **WARDEN OF EL RENO CORRECTIONAL CENTER,** | ) ) ) ) |
| Respondent. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Bana Roberts entered December 27, 2011. Doc. No. 14. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Although two copies of the Report and Recommendation sent to Petitioner's last two known addresses were returned as undeliverable, Petitioner is obligated, under the Court's Local Civil Rules, to notify the Court of a change of address, *see* LCvR 5.4(a), and papers sent by the Court to the last known address of a *pro se* litigant given to the Court are "deemed delivered." *Id.* Therefore, the Report and Recommendation [Doc. No. 14] is ADOPTED and Petitioner Charles Louis Stone's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

IT IS SO ORDERED this 6th day of February, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE